FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| ZHEJIANG DADONGWU GREENHOME WOOD CO. LTD., | ) ) ) ) | |
| Plaintiff, | ) | SUMMONS |
| v. | ) | Court No. 21-00602 |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

TO:   The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. (Name and standing of plaintiff): Plaintiff, Zhejiang Dadongwu GreenHome Wood Co. Ltd. is a foreign producer and exporter of multilayered wood flooring that was subject to an administrative review that is contested here. Plaintiff therefore is an interested party within the meaning of 19 U.S.C. §1677(9)(A). Plaintiff participated in the administrative review through submission of factual information and/or written argument and, thus, is a party to the proceeding as defined in 19 C.F.R. §351.102(b). Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c) as an interested party who was a party to the proceeding identified below.

2. (Brief description of contested determination): Plaintiff contests the final results of the U.S. Department of Commerce's countervailing duty administrative review in Multilayered Wood Flooring from the People's Republic of China for the period January 1, 2018, through December 31, 2018. The contested determination was published as Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018, 86 Fed. Reg. 59362 (October 27, 2021).

3. (Date of determination):  The contested determination was dated October 20, 2021, but was published in the *Federal Register* on October 27, 2021.  See 86 Fed. Reg. 59362.

4. (If applicable, date of publication in Federal Register of notice of contested determination): The contested determination was published in the *Federal Register* on October 27, 2021.  See 86 Fed. Reg. 59362.

/s/ Adams C. Lee
Adams C. Lee

HARRIS BRICKEN SLIWOSKI LLP
600 Stewart Street, Suite 1200
Seattle, WA 98101
Tel:  (264) 234-5657
Adams@harrisbricken.com

November 26, 2021

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

Civil Division, Director
Civil Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530


Chief Counsel
Import Administration
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230


Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
United States Department of Justice
26 Federal Plaza
New York, NY  10278

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011).