## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| ZHEJIANG DADONGWU GREENHOME WOOD CO., LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 21-00602 |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

## COMPLAINT

Pursuant to Rule 3(a)(2) of the Rules of the United States Court of International Trade, Plaintiff, Zhejiang Dadongwu GreenHome Wood Co., Ltd. ("GreenHome"), by and through its counsel, alleges and states as follows:

## JURISDICTION

1.      Plaintiff brings this action pursuant to, and in accordance with, section 516A(a)(2) of the Tariff Act of 1930, as amended (see, 19 U.S.C. § 1516a(a)(2)), contesting the final determination issued by the U.S. Department of Commerce ("Commerce") in Multilayered Wood Flooring From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018, 86 Fed. Reg. 59362 (October 27, 2021) ("Final Results").  This Court has jurisdiction over this matter under 28 U.S.C. § 1581(c) and 19 U.S.C. § 1516a(a)(2).

## STANDING

2.      Plaintiff, Zhejiang Dadongwu GreenHome Wood Co., Ltd. is a foreign producer and exporter of subject merchandise and was a named respondent in the administrative review

that is contested here.  Plaintiff therefore is an interested party within the meaning of 19 U.S.C. §

1677(9)(A).  Plaintiff participated in the administrative review and thus is a party to the

proceeding as defined in 19 C.F.R. §351.102(b).  As an interested party that actively participated

in the underlying administrative proceeding, Plaintiff has standing pursuant to 19 U.S.C. §

1516a(d) and 28 U.S.C. § 2631(c).

## TIMELINESS

3.      The subject <u>Final Results</u>, which is being challenged herein, was published in the

<u>Federal Register</u> on October 27, 2021.  <u>Multilayered Wood Flooring and Parts From the People's</u>

<u>Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative</u>

<u>Review; 2018</u>, 86 Fed. Reg. 59362 (October 27, 2021).  On November 26, 2021 – within 30 days

after the publication of the subject determination – Plaintiff filed a summons to initiate this

action.  Accordingly, this action was commenced within the period specified in 19 U.S.C. §§

1516a(a)(2).  This Complaint is being filed within 30 days after the date on which the summons

was filed.  Therefore, according to the provisions of 19 U.S.C. § 1516a(a)(2)(A), 28 U.S.C. §

2636(c), and Rule 3(a)(2) and Rule 6(a)(1) of the Rules of the U.S. Court of International Trade,

this action has been timely brought.

## STANDARD OF REVIEW

4.      This Court reviews final determinations issued by Commerce pursuant to 19

U.S.C. § 1675 to determine whether they are "unsupported by substantial evidence on the record,

or otherwise not in accordance with law."  19 U.S.C. § 1516a(b)(1)(B)(i).

## PROCEDURAL HISTORY

5.      On February 6, 2020, Commerce published in the *Federal Register* a notice of

initiation of the administrative review of the countervailing duty order on multilayered wood

flooring from the People's Republic of China with respect to a number of companies, including Plaintiff GreenHome.  Initiation of Antidumping and Countervailing Duty Administrative Reviews, 85 Fed. Reg. 6,896 (Dep't Commerce, February 6, 2020) ("Initiation Notice").

6.     Based on the data obtained from U.S. Customs and Border Protection ("CBP") on entries of the subject merchandise from China during the period of review for all of the exporters and/or producers for which a review was requested, Commerce selected two companies who accounted for the largest volume of imports of subject merchandise to be mandatory respondents for this review.  Commerce selected Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. ( "Jiangsu Senmao") and Riverside Plywood Corp. ("Riverside Plywood") to be the two mandatory respondents for this review.  *See,* Memorandum from Dep't of Commerce, "Countervailing Duty Administrative Review: Multilayered Wood Flooring from the People's Republic of China: Respondent Selection (April 22, 2020).

7.     Plaintiff GreenHome was not selected to be a mandatory respondent.  The Department did not issue any questionnaires or supplemental questionnaires to GreenHome or to any non-selected respondents that were subject to the administrative review.

8.     On April 23, 2021, Commerce published its preliminary results for this administrative review.  Multilayered Wood Flooring from the People's Republic of China: Preliminary Results of Countervailing Duty Administrative Review, and Intent to Rescind Review, in Part: 2018, 86 Fed. Reg. 21,693 (April 23, 2021) ("Preliminary Results").

9.     In the Preliminary Results, Commerce calculated countervailable subsidy rates for the two mandatory respondents of 9.36 percent for Riverside Plywood (and its cross-owned affiliates) and 5.19 percent for Jiangsu Senmao.

10.     In the Preliminary Results, Commerce calculated a countervailable subsidy rate of 8.12 percent for non-selected companies under review, which included GreenHome.  Preliminary Results at Appendix II (#61). The rate for the non-selected companies under review was calculated based on the weighted average of the net subsidy rates calculated for the mandatory respondents Jiangsu Senmao and Riverside Plywood.  Preliminary Results, Issues & Decision Memorandum at 5-6.

11.      On October 27, 2021, Commerce published in the <u>Federal Register</u> its final results determination.  <u>Multilayered Wood Flooring from the People's Republic of China: Final Results of Antidumping Duty Administrative Review, and Final Determination of No Shipments; 2016-2017</u>, 86 Fed. Reg. 59,362 (October 27, 2021) (Final Results).

12.     In the Final Results, Commerce calculated countervailable subsidy rates for the two mandatory respondents of 9.18 percent for Riverside Plywood and its cross-owned affiliates and 5.81 percent for Jiangsu Senmao.

13.     In the Final Results, Commerce calculated a countervailable subsidy rate of 8.17 percent for non-selected companies under review, including Plaintiff GreenHome.  This rate for non-selected companies under review was calculated based on the weighted average of the rates assigned to Riverside Plywood (9.18%) and Jiangsu Senmao (5.81%).

### ISSUES PRESENTED BY THE ACTION AND
### PLAINTIFFS' STATEMENT OF CLAIMS

14.     In the following respects, and for other reasons apparent from the record of the administrative proceeding, Commerce's final results determination for GreenHome is unsupported by substantial evidence and otherwise not in accordance with law.

### COUNT ONE

15.     Paragraphs one through fourteen are incorporated herein by reference.

Court No. 21-00602                                                    Complaint

16.    For the <u>Final Results</u>, to the extent Commerce's calculation of the countervailable

subsidy rate for mandatory respondents Riverside Plywood and Jiangsu Senmao is found to be

not supported by substantial evidence and otherwise not in accordance with law, the

countervailable subsidy rate assigned to the non-selected respondents under review also was not

supported by substantial evidence and otherwise not in accordance with law.

## DEMAND FOR JUDGMENT AND PRAYER FOR RELIEF

17.    For the reasons stated above, Plaintiff respectfully requests that the Court:

(a)    enter judgment in Plaintiff's favor;

(b)    declare that with respect to the issues raised in this Complaint,

Commerce's determinations and all related findings and conclusions are unsupported by

substantial evidence on the record or are otherwise not in accordance with law;

(c)    remand these matters to Commerce for redetermination consistent with the

Court's opinion, including the calculation of a revised countervailing duty margin for non-

selected respondents under review, including Plaintiff GreenHome pursuant to any remand; and

(d)    provide such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Adams C. Lee
Adams C. Lee

**HARRIS BRICKEN SLIWOSKI LLP**
600 Stewart Street, Suite 1200
Seattle, WA  98101
Tel: (264) 234-5657
adams@harrisbricken.com

Counsel for Plaintiff Zhejiang Dadongwu
GreenHome Wood Co., Ltd.

December 27, 2021