## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ZHEJIANG DADONGWU GREENHOME WOOD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 21-00602 |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to the Honorable Timothy M. Reif.

                                              /s/ Mark A. Barnett  
                                              Mark A. Barnett  
                                              Chief Judge

DATED: January 5, 2022